UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE T. MOTEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. SOSA, et al.,<br><br>　　　　　Defendants. | No.  2:17-cv-0068 AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 that was recently transferred to this court.  Plaintiff's pending requests for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 are not on the form used by this district. Accordingly, plaintiff's pending requests will be denied without prejudice to his submission of a new request on the appropriate form provided with this order.  Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's prior requests to proceed in forma pauperis, ECF No. 5 & 6, are denied without prejudice;

　　　　2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

3. Plaintiff shall, within thirty days from the filing date of this order, submit a completed application to proceed in forma pauperis together with a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint; and

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 23, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2