UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE T. MOTEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. SOSA, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0068 JAM AC P<br><br><br>ORDER |

On May 25, 2018, plaintiff filed a motion for leave of this court to file a notice of interlocutory appeal with the Ninth Circuit Court of Appeals. <u>See</u> ECF No. 23. However, plaintiff's Notice of Interlocutory Appeal, filed the same day, was processed by the Court of Appeals on May 29, 2018. <u>See</u> ECF Nos. 24, 25. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion filed May 25, 2018, ECF No. 23, is DENIED as moot.

DATED: May 30, 2018

　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE