UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE T. MOTEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. SOSA, et al.,<br><br>　　　　　Defendant. | No. 2:17-cv-0068 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 26, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has obtained repeated extensions of time within which to file objections to the findings and recommendations. Plaintiff's most recent request for extended time, ECF No. 30, is granted *nunc pro tunc*. The court has reviewed plaintiff's objections and request for judicial notice filed September 10, 2018. See ECF Nos. 31, 32.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for extended time to file objections to the findings and recommendations, ECF No. 30, is granted *nunc pro tunc*;

2. The findings and recommendations filed January 26, 2018, are adopted in full;

3. Plaintiff's motion to proceed in forma pauperis, ECF No. 15, is denied with prejudice under 28 U.S.C. § 1915(g);

4. Plaintiff is directed to submit the full filing fee in the amount of $400.00 within fourteen (14) days after the filing date of this order; and

5. Failure to timely comply with this directive will result in the dismissal of this action.

DATED: November 8, 2018

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE