# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE T. MOTEN,

                 Plaintiff,

      v.

K. SOSA, et al.,

                 Defendant.

No. 2:17-cv-0068 JAM AC P

ORDER

Plaintiff is a state prisoner proceeding pro se with this this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed November 9, 2018, the undersigned denied plaintiff's motion to proceed in forma pauperis under the three-strikes rule set forth in 28 U.S.C. §1915(g). See ECF No. 33. This court directed plaintiff to submit the full filing fee of $400.00 within fourteen days, and informed plaintiff that "[f]ailure to timely comply with this directive will result in the dismissal of this action." Id. at 2. The deadline for submitting the fee has passed and plaintiff has not submitted the filing fee or otherwise communicated with this court.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: December 11, 2018

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

1